UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TRUSTEES OF THE NATIONAL ORGANIZATION
OF INDUSTRIAL TRADE UNIONS, et al.,

                            Plaintiffs,                **ORDER**
                                                             CV 11-1167 (ADS)(ARL)

          -against-

MIDLAND MANUFACTURING CORP.,

                            Defendants.
----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

       The matter having been referred to the undersigned by District Judge Spatt for the purpose of issuing a report and recommendation with respect to the appropriate amount of injunctive relief and damages, including attorney's fees and costs to be awarded, plaintiffs are directed to file papers in support of their claim for injunctive relief, damages and attorney's fees by July 7, 2011. Those papers shall include a memorandum of law and an affidavit from a person with knowledge of the relevant facts. If the plaintiff believes that the papers submitted in support of the motion for a default judgment suffice for the purposes of the damages inquest, the plaintiff shall so inform the court in writing.

Dated: Central Islip, New York                    SO ORDERED:
          June 7, 2011

                                                              _____/s_____
                                                              ARLENE R. LINDSAY
                                                              United States Magistrate Judge